In the Matter of LISA H.

No. 80–155–M.P.

Supreme Court of Rhode Island.

April 3, 1980.

Nicholas L. Colangelo, Asst. Public Defender, Providence, Biagio L. Longo, Guardian Ad Litem, West Warwick, for petitioner.

John Edward Farley, Chief Legal Counsel, Children and Their Families, for respondent.

## ORDER

The petition for writ of habeas corpus is remanded to the Family Court for the purpose of conducting an evidentiary hearing on the question of the petitioner's need for a restrictive environment. Following said hearing, the case shall be returned to this court forthwith.